Todd M. Friedman (SBN 216752)
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT** individually and on behalf of all others similarly situated, Plaintiffs, v. **JUSTIFI CAPITAL INC.;** DOES 1-10 Inclusive**, Defendant. | Case No.: 2:22-cv-04050-FMO-MAR **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 11th Day of August, 2022.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

Notice of Dismissal - 1

1
2  Filed electronically on August 11, 2022, with:
3  United States District Court CM/ECF system
4  Notification sent electronically on August 11, 2022, to:
5
6  To the Honorable Court, all parties and their Counsel of Record
7
8  s/ Todd M. Friedman
9     Todd M. Friedman
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28